IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-00487-CMA-STV

DEBRA MOORE,

    Plaintiff,

v.

COMPASS GROUP USA, INC., d/b/a
EUREST DINING SERVICES,

    Defendant.

## STIPULATION TO DISMISS ACTION WITH PREJUDICE

The Parties have reached a settlement in this matter which fully resolves all claims that have been our could have been asserted related to the case. Based on the terms of that settlement agreement, the Parties, by and through their undersigned counsel of record, hereby stipulate to dismiss this action with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A), each side to bear its own fees and costs. As such, the Parties respectfully request that the Court dismiss this action with prejudice, each side to bear its own fees and costs.

DATED this 21st day of October 2021.

1

| | |
|---|---|
| *s/ Mari Newman* | *s/ Julia H. Pozo* |
| Mari Newman | Julia H. Pozo |
| Michael P. Fairhurst | jpozo@seyfarth.com |
| 1543 Champa Street, Ste. 400 | SEYFARTH SHAW LLP |
| Denver, CO 80202 | 1075 Peachtree Street, N.E., Ste. 2500 |
| (303) 571-1000 | Atlanta, GA  30309 |
| (303) 571-1001 fax | Telephone:  (404) 885-1500 |
| mnewman@kln-law.com | Facsimile:  (404) 892-7056 |
| mfairhurst@kln-law.com | |
| | |
| *Counsel for Plaintiff* | Brett C. Painter |
| | Brett.painter@dgslaw.com |
| | DAVIS GRAHAM & STUBBS |
| | 1550 17th St., Ste. 500 |
| | Denver, CO 80202 |
| | Telephone: (303) 892-9400 |
| | Facsimile: (303) 893-1379 |
| | |
| | *Attorneys for Defendant Compass Group USA, Inc.* |

## CERTIFICATE OF SERVICE

I hereby certify that on October 21, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Julia H. Pozo
Seyfarth Shaw LLP
1075 Peachtree Street, N.E. Suite 2500
Atlanta, Georgia 30309-3958
jpozo@seyfarth.com

Brett C. Painter
Davis Graham & Stubbs LLP
1550 17th Street, Ste. 500
Denver, CO 80202
brett.painter@dgslaw.com

*Counsel for Defendant*

                                               KILLMER, LANE & NEWMAN, LLP

                                               *s/ Jesse Askeland*
                                               _____
                                               Jesse Askeland